# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

| | |
|---|---|
| THOMAS B. IRELAND,<br>    Plaintiff,<br>v.<br>BILL PRUMMELL et al.,<br>    Defendants. | CIVIL ACTION<br><br>Case No. 2:17-cv-468-FtM-38MRM |

## JOINT MOTION OF THE PARTIES TO MEET BY PHONE

COME NOW the Parties and jointly move this Honorable Court to permit the Parties to confer on the Case Management Report by phone, and would show:

1. The Court's Case Management Report form (Doc. 52) states that the Parties are to meet in person absent leave of the Court.

2. The parties are located significant distances apart, from Tallahassee, to Ft. Lauderdale, to Ft. Myers, with attorney Cook having a round trip of 12 hours and attorney Barranco having a round trip of five hours if the in-person CMR meeting were held in Ft. Myers, Florida.

3. Conversations between the parties thus far indicate no great disagreements between the parties in setting the terms of the Case Management Report.

4. The Parties are fully in agreement in requesting the Court to be permitted to meet by a phone conference rather than in person for discussion and drafting of the Case Management Report.

WHEREFORE, the Parties Jointly move for leave to meet by phone.

Submitted by the Parties on September 24, 2018

*s/Summer M. Barranco, Esq.*
Attorneys for Defendants Bill Prummell, as Sheriff of Charlotte County, Tabbatha Carter, Brandon Swartzentruber, Michael Wiles, Robert Sledzinski, Alan Schwocho, William Garlick and Albert L. Burrows
Purdy, Jolly, Giuffreda & Barranco, and Jisa, P.A.
2455 E. Sunrise Blvd., Suite 1216
Ft. Lauderdale, FL 33304
Phone: 954-462-3200
Fax: 954-462-3861
Email: Summer@purdylaw.com;
Melissa@purdylaw.com

*s/Robert C. Shearman, Esq.*
Attorneys for Defendant Michael Burnette
Henderson, Franklin, Starnes & Holt
PO Box 280
Fort Myers, FL 33902-0280
Phone: 239-344-1346
Fax: 239-344-1501
Email: Robert.shearman@henlaw.com;
courtney.ward@henlaw.com

*s/Gregg A. Toomey, Esq.*
The Toomey Law Firm LLC
Attorneys for Defendants Corizon Health, Inc., Adamar Gonzalez-Figueroa, Margaret Bracy and Zackary Heavener
The Old Robb & Stucky Building
1625 Hendry Street, Suite 203
Fort Myers, FL 33901

*s/James V. Cook, Esq.*
Attorney for Plaintiff
Law Offices of James Cook
314 W. Jefferson Street
Tallahassee, FL 32301
Phone: 850-222-8080
Fax: 850-561-0836
Email: cookjv@gmail.com

*s/David R. Linn, Esq.*
Attorney for Plaintiff
David R. Linn, Attorney at Law, P.A.
1777 Tamiami Trail, #103
Port Charlotte, FL 33948-1064
Phone: 941-766-0600
Fax: 941-766-1968
Email: drlinn@davidrlinn.com;
cbenoit@davidrlinn.com;
drlcourtdocuments@davidrlinn.com

Phone: 239.337.1630
Fax: 239-337.0307
Email: gat@thetoomeylawfirm.com,
alr@thetoomeylawfirm.com, and
hms@thetoomeylawfirm.com