UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

THOMAS B. IRELAND, as personal representative of the estate of Gregg T. Ireland, on behalf of the estate and the survivors, Karen E. Ireland and Thomas B. Ireland

      Plaintiff,

v.                              Case No.:  2:17-cv-468-FtM-38MRM

BILL PRUMMELL, CORIZON LLC, TABBATHA CARTER, BRANDON SWARTZENTRUBER, MICHAEL WILES, ROBERT SLEDZINSKI, ALAN SCHWOCHO, WILLIAM GARLICK, MICHAEL BURNETTE, ALBERT L. BURROWS, ADAMAR GONZALEZ-FIGUEROA, MARGARET BRACY and ZACKARY HEAVENER,

      Defendants.
_____/

## **ORDER**

This matter comes before the Court on review of the file.  This case is set for the February 2020 trial term.  It will, however, be transferred to the visiting judge, the Honorable Paul A. Magnuson, Senior United States District Judge for the District of Minnesota, to handle all motions (pending and future) and the trial.

Judge Magnuson requests that the parties send *two* courtesy copies of future motions and memoranda of law and *one* copy of exhibits and other supporting documents to his Chambers.[1]  Judge Magnuson also requires a moving party to file a reply to all

---

[1] The mailing address is Warren E. Burger Federal Building & U.S. Courthouse, 316 N. Robert St., Rm. 734, St. Paul, MN 55101.

pending motions, due seven (7) days after the filing of any opposition memorandum. Consistent with the Middle District of Florida Local Rules' page limitations, moving parties shall have a *total* of twenty-five (25) pages for the motion, memorandum of legal authority, and reply. Questions about scheduling or Judge Magnuson's preferences should be directed to his Courtroom Deputy Jackie Phipps at 651-848-1156.

Accordingly, it is now

**ORDERED:**

(1) The Clerk is directed to **REASSIGN** the above-captioned case to the Honorable Paul A. Magnuson and **TRANSFER** all deadlines to his calendar.

(2) The Clerk is further directed to **CANCEL** all deadlines, hearings, and the trial term before the undersigned. A separate notice and/or trial calendar will be issued later resetting the deadlines before the Honorable Paul A. Magnuson.

**DONE** and **ORDERED** in Fort Myers, Florida on this 1st day of November 2019.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record