**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS**

<u>**NOTICE OF CIVIL CASES FOR TRIAL FEBRUARY 2020**</u>

The following cases have been set for trial starting **Monday, February 3, 2020, at 9:00 a.m.,** in the United States Courthouse, 2110 First Street, Fort Myers, Florida, Courtroom TBD, (Note: courtroom is subject to change based on availability) before the **HONORABLE PAUL A. MAGNUSON.**  Be aware, however, that your case may be called out of order, and that criminal trials take precedence over civil trials.  It is counsels' responsibility to keep in touch with counsel on cases ahead on the calendar to determine whether those cases will be tried.  In any event, <u>**DO NOT REPORT UNTIL NOTIFIED BY THE COURTROOM DEPUTY.**</u>

**EXHIBIT AND WITNESS LISTS (THREE COPIES) SHALL BE PROVIDED TO THE COURTROOM DEPUTY ON THE FIRST DAY OF TRIAL**. All exhibits are to be **PREMARKED** in accordance with the instructions contained in M.D. Fla. Local Rule 3.07.   Plaintiffs shall use a numerical system to mark exhibits, i.e., 1, 2, 3, etc.; Defendants shall use an alphabetical system to mark exhibits, i.e., A,B,C, etc.; unless otherwise specified by the Court.

Counsel and pro se parties, if yours is a jury trial, EXHIBIT AND WITNESS LISTS, PROPOSED VOIR DIRE, JURY INSTRUCTIONS, and VERDICT FORM are to be filed electronically or with the Clerk's Office.   Counsel shall provide two courtesy copies of proposed voir dire, jury instructions, verdict form, witness and exhibit lists, and deposition designations **NO LATER THAN <u>Monday, January 20, 2020</u>**.

Send courtesy copies of all materials directly to Judge Magnuson's Chambers at 734 Federal Building, 316 North Robert Street, St. Paul, MN 55101, and one copy to magnuson_chambers@mnd.uscourts.gov.

The proposed trial documents should be submitted in **WORD** format.   Use of this email box does not constitute filing with CM/ECF, nor is it a replacement for filing.   Responses to the opposing party's submissions and any cross-designations of depositions are due **<u>one week after the above deadlines</u>**.   The Court will use and consider all previously filed trial submissions unless new submissions are filed.

Counsel and pro se parties in civil cases are reminded of their obligation to file <u>separate</u> Witness and Exhibit lists (apart from those witnesses and exhibits identified in the Pretrial Statement).

Counsel and pro se parties <u>must advise</u> Judge Magnuson's Courtroom Deputy **<u>immediately</u>** of any development which would in any way affect the trial of the case.   Courtroom Deputy Lynn Magee may be reached at (651) 848-1150.

Failure to advise the court of any circumstances which result in unnecessary jury costs may, at the Court's discretion, result in such expenses being assessed as a sanction against the offending party and/or counsel.

Counsel and pro se parties are strongly encouraged to participate in the Electronic Filing and Case Management system adopted by the Middle District of Florida.   In addition, the courtroom is equipped with evidence presentation equipment and counsel are invited to preview a demonstration of this equipment before trial by calling Craig Miller, IT Support Specialist, at (239) 461-2066.

If you have questions regarding any cases on this calendar, please contact Lynn Magee, Courtroom Deputy, at (651) 848-1150.

Dated: December 2, 2019

<u>s/Lynn L. Magee</u>
Lynn L. Magee
Courtroom Deputy for
Judge Paul A. Magnuson

cc:   Jury Clerk

**CIVIL TRIAL CALENDAR BEFORE JUDGE PAUL A. MAGNUSON**
**February 2020**

_____

1. Richard Samson **JURY TRIAL**

    v. Civil No. 2:18cv274 PAM/NPM
    Re: Employment Discrim
    City of Naples ELOT: 2 Days

    For Plaintiff:   Ria N. Chattergoon   954/400-1676

    For Defendant:   Benjamin Bogos   239/649-6200
    Robert D. Pritt
    James D. Fox   239/649-2705

_____

2. Howard Frank **JURY TRIAL**

    v. Civil No. 2:18cv162 PAM/NPM
    Re: Insurance Contract
    Rockhill Ins. Co. ELOT: 4-5 Days

    For Plaintiff:   Anthony M. Lopez   305/444-5969
    David F. Garcia

    For Defendant:   Lauren D. Levy   305/444-1500

_____

3. Thomas B. Ireland **JURY TRIAL**

    v. Civil No. 2:17cv468 PAM/CM
    Re: § 1983 Civil Rights
    Bill Prummell, et al. ELOT: 5-7 Days

    For Plaintiff:   David R. Linn   941/766-0600
    James V. Cook   850/222-8080

    For Defendant:   Summer M. Barranco   954/462-3200 x107
    Richard A. Giuffreda   954/462-3200 x104
    Gregg A. Toomey   239/337-1630