UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| Thomas B. Ireland, as personal representative of the estate of Gregg T. Ireland, | Civ. No. 2:17-468-FtM-PAM-MRM |
| Plaintiff, | |
| v. | **ORDER** |
| Bill Prummell, Corizon LLC, Tabbatha Carter, Brandon Swartzentruber, Michael Wiles, Robert Sledzindski, Alan Swocho William Garlick, Michael Burnette, Albert L. Burrows, Adamar Gonzalez-Figueroa, Margaret Bracy, and Zackary Heavener, | |
| Defendants. | |

This matter is before the Court on Defendants' unopposed Motion for Entry of Final Cost Judgment. Defendants seek a "final cost judgment" reflecting the costs the Court ordered Plaintiff to pay in a February 2020 cost judgment. (Docket No. 141.)

But there is no separate "final cost judgment" to be entered. The Court's previous Order was a cost judgment on which Defendants could have collected at the time it was entered. Accordingly, **IT IS HEREBY ORDERED that** Defendants' Motion (Docket No. 144) is **DENIED**.

Dated:   March 13, 2023

_s/Paul A. Magnuson_
Paul A. Magnuson
United States District Court Judge